UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                             :

UNITED STATES OF AMERICA                              :

        -v-                                                              :          21 Cr. 589 (JPC)

ANDRE DURRELL WATSON,                            :          <u>ORDER</u>

                Defendant.                              :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       As set forth on the record at today's court appearance, Defendant Andre Watson is released pending sentencing for his violation of supervised release on May 2, 2024, or until further order of the Court, on the following conditions.

       Defendant shall execute a personal recognizance bond in the amount of $50,000, to be co-signed by one financially responsible person. His travel shall be restricted to the Southern District of New York, the Eastern District of New York, and the District of New Jersey. Defendant must surrender any travel documents and may not make any new application for travel documents without the permission of the Court. Defendant is not to possess any firearm, destructive device, or other weapon.

       Defendant shall be released on home detention enforced by location monitoring technology at the Probation Department's discretion. Defendant's home detention shall occur at the residence of his mother, Robin Jackson-Eaddy, in Willingboro Township, New Jersey. Ms. Jackson-Eaddy also shall serve as a third-party custodian during the Defendant's home detention. *Cf.* 18 U.S.C. § 3142(c)(2)(B). While on home detention, Defendant may leave Ms. Jackson-Eaddy's home as necessary to attend court appearances, comply with his New York State parole obligations, and attend medical appointments, provided that he obtain approval for such travel from his supervising

Probation Officer.

Defendant shall be released upon his signature of the personal recognizance bond, with his home detention and Ms. Jackson-Eaddy serving as his third-party custodian to commence immediately. The remaining conditions, including the installation of electronic monitoring and the signature of the co-signer on the bond, shall be met by April 17, 2024

Finally, in addition to the conditions set forth above, the supervised release conditions imposed by the Honorable Robert C. Chambers, United States District Judge for the Southern District of West Virginia, in the judgment of conviction shall remain in place.

SO ORDERED.

Dated: April 12, 2024
       New York, New York

                                            JOHN P. CRONAN
                                    United States District Judge