UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                              :

UNITED STATES OF AMERICA            :

                              :

        -v-                  :            21 Cr. 589 (JPC)

                              :

ANDRE DURRELL WATSON,        :            ORDER

                              :

              Defendant.      :

                              :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     As discussed with the parties at today's conference, Defendant Andre Watson's conditions of home detention, as set forth in the Court's April 12, 2024 Order, Dkt. 7, are modified as follows. First, Defendant shall no longer be subject to location monitoring.  Defendant shall report for in-person and virtual visits with his supervising officer from the Probation Department at the discretion of the supervising officer.  Second, Watson is restricted to the residence of Robin Jackson-Eaddy, in Willingboro Township, New Jersey, at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations including compliance with any state parole obligations; or other activities approved in advance by the Probation Department.  The conditions of Defendant's home detention are otherwise unchanged.

     SO ORDERED.

Dated: May 2, 2024
      New York, New York                      _____
                                        JOHN P. CRONAN
                               United States District Judge